|     |     |
| --- | --- |
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| FRANCISCO VIDAL,<br><br>Plaintiff<br><br>v.<br><br>BARRET, et al,<br><br>Defendants | Case No. 2:19-cv-01406-GMN-DJA<br><br>ORDER |

**I.  DISCUSSION**

On August 20, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 1). On August 28, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. (ECF No. 4 at 1). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **Monday, October 21, 2019**.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4) is granted.

IT IS FURTHER ORDERED that on or before **Monday, October 21, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this 6th day of September, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE