1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRANCISCO VIDAL,

Plaintiff

v.

BARRET et al.,

Defendants

Case No. 2:19-cv-01406-GMN-DJA

ORDER

9      **I.      DISCUSSION**

10            According to the Nevada Department of Corrections ("NDOC") inmate database,

11     Plaintiff is no longer incarcerated.  However, Plaintiff has not filed an updated address

12     with this Court.  The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1,

13     a "pro se party must immediately file with the court written notification of any change of

14     mailing address, email address, telephone number, or facsimile number. The notification

15     must include proof of service on each opposing party or the party's attorney. Failure to

16     comply with this rule may result in the dismissal of the action, entry of default judgment,

17     or other sanctions as deemed appropriate by the court."  Nev. Loc. R. IA 3-1.  This Court

18     grants Plaintiff thirty (30) days from the date of entry of this order to file his updated

19     address with this Court.  If Plaintiff does not update the Court with his current address

20     within thirty (30) days from the date of entry of this order, the Court will dismiss this action

21     without prejudice.

22            Additionally, the Court denies the application to proceed *in forma pauperis* for

23     prisoners (ECF No. 7) as moot because Plaintiff is no longer incarcerated.  The Court

24     now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner

25     within thirty (30) days from the date of this order or pay the full filing fee of $400.

26     **II.     CONCLUSION**

27            For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated

28     address with the Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 7) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS 12th day of May 2020.

UNITED STATES MAGISTRATE JUDGE